# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| KARI MCCONNELL, SHANNON SCHROETER & JACLYN STONE, | ) ) ) No. 4:12-CV-1498-JAR ) |
| Plaintiff/Intervenors, | ) ) ) |
| v. | ) ) ) |
| HELP AT HOME, INC., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Court is in receipt of Plaintiff EEOC's documentation in support of its request for attorney's fees and costs associated with its Motion to Compel submitted pursuant to the Court's May 3, 2013 Order. [ECF No. 39]

Accordingly,

**IT IS HEREBY ORDERED** that Defendant is granted five (5) days, until **Wednesday, May 15, 2013**, in which to either contest the amount of attorney's fees requested by Plaintiff EEOC or request a hearing thereon.

*John A. Ross*

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of May, 2013.