# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KARI MCCONNELL, SHANNON SCHROETER & JACLYN STONE, | ) ) ) No. 4:12-CV-1498-JAR |
| Plaintiff/Intervenors, | ) ) |
| v. | ) ) |
| HELP AT HOME, INC., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Court is in receipt of Plaintiff EEOC's documentation in support of its request for attorney's fees and costs associated with its Motion to Compel submitted pursuant to the Court's May 3, 2013 Order. [ECF No. 39] Plaintiff EEOC's request is supported by the affidavit of its attorney of record, Barbara A. Seely. (Doc. No. 39-1) Defendant has neither contested the amount of attorney's fees requested by Plaintiff EEOC nor requested a hearing thereon.

In her affidavit, Seely states she spent a total of four hours researching, drafting and filing Plaintiff EEOC's Motion to Compel Supplementation of Initial Disclosures and Discovery and is paid at the rate of $65.40 per hour. Seely further states the EEOC incurred no expenses in connection with filing its motion to compel. The Court finds the time claimed for attorney's fees

is appropriate and reasonable and will award Plaintiff EEOC its attorney's fees in the amount of $261.60.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff EEOC's request for attorney's fees [39] is **GRANTED. P**laintiff shall receive attorney's fees in the total amount of $261.60 from Defendant Help at Home.

*[signature: John A. Ross]*

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 20th day of May, 2013.